BRYAN SCHRODER
Acting United States Attorney

KELLY CAVANAUGH
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kelly.cavanaugh@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) COUNT 1-4: |
| vs. | ) DRUG DISTRIBUTION |
| | ) Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(B) |
| SANTOS LOPEZ, | ) |
| Defendant. | ) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about August 4, 2016, SANTOS LOPEZ, within the District of Alaska, did knowingly and intentionally distribute a controlled substance, to wit: 5 grams or more of methamphetamine.

All of which is in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT 2

On or about August 23, 2016, SANTOS LOPEZ, within the District of Alaska, did knowingly and intentionally distribute a controlled substance, to wit: 5 grams or more of methamphetamine.

All of which is in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT 3

On or about August 24, 2016, SANTOS LOPEZ, within the District of Alaska, did knowingly and intentionally distribute a controlled substance, to wit: 5 grams or more of methamphetamine.

All of which is in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT 4

On or about September 6, 2016, SANTOS LOPEZ, within the District of Alaska, did knowingly and intentionally distribute a controlled substance, to wit: 5 grams or more of methamphetamine.

All of which is in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

A TRUE BILL.

                                                      s/ Grand Juryforeperson
                                                     GRAND JURY FOREPERSON

s/ Kelly Cavanaugh
KELLY CAVANAUGH
United States of America
Assistant U.S. Attorney

s/ Bryan Schroder
BRYAN SCHRODER
United States of America
Acting United States Attorney

DATE:     8-16-17