BRYAN SCHRODER
Acting United States Attorney

KELLY CAVANAUGH
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Email: kelly.cavanaugh@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
| --- | --- |
| Plaintiff, | ) **MOTION TO SEAL** |
| | ) **INDICTMENT** |
| vs. | ) |
| SANTOS LOPEZ, | ) [**FILED UNDER SEAL**] |
| Defendant. | ) |

COMES NOW the United States of America, by and through undersigned counsel, and hereby moves this Court to the seal the Indictment and arrest warrant in the above-captioned case. This motion is made because the investigation and individual revealed in the Indictment are one piece of an ongoing investigation into other individuals suspected of drug trafficking and money laundering in Kodiak and Anchorage, Alaska. On information and belief, exposure of the facts and identities of the subject and matters contained in the Indictment at this time could hamper,

impede or jeopardize these other on-going investigations.  Ultimately, sealing the Indictment and arrest warrant will allow law enforcement to apprehend the defendant safely while also protecting an ongoing investigation.

Therefore, for good cause shown, the United States respectfully requests that the Indictment and arrest warrant be sealed until the defendant is in custody, at which time the United States will move to unseal.  It is submitted that the interest of the public in an open proceeding is substantially outweighed by law enforcement's need for secrecy in this matter.

RESPECTFULLY SUBMITTED this 17th day of August, 2017, at Anchorage, Alaska.

> BRYAN SCHRODER
> Acting United States of America
>
> s/ Kelly Cavanaugh
> KELLY CAVANAUGH
> Assistant U.S. Attorney