Matthew M. Scoble
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: matthew_scoble@fd.org

Attorney for Defendant Santos Lopez

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>SANTOS LOPEZ,<br><br>                Defendant. | Case No. 3:17-cr-00093-TMB-DMS<br><br>**DECLARATION OF COUNSEL**<br><br>**(Filed Pursuant to 28 U.S.C. §1746)** |

I, Matthew M. Scoble, declare under penalty of perjury that the following is true:

1. I am an Assistant Federal Defender for the District of Alaska.

2. I am the attorney of record for Santos Lopez in this matter.

3. A fundamental conflict of interest with another individual currently represented by this office has been identified.

4. Consideration on shortened time is necessary to allow Mr. Lopez to obtain new counsel as quickly as possible.

5. The foregoing is true and accurate to the best of my belief and knowledge.

DATED at Anchorage, Alaska this 25th day of August, 2017.

Respectfully submitted,

*/s/ Matthew M. Scoble*
Matthew M. Scoble
Assistant Federal Defender

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746.

Certification:
I, Matthew M. Scoble, hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on August 25, 2017. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Matthew M. Scoble*