SUMMER MCKEIVIER
MCKEIVIER LAW GROUP
5404 Whitsett Ave., #90
Los Angeles, CA 91607
Phone: 818-643-1011
Email: mckeivier.law@gmail.com

Attorney for Defendant
SANTOS LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 17CR93 |
| --- | --- | --- |
| Plaintiff, | ) | NOTICE OF INTENT TO CHANGE PLEA |
| vs. | ) | |
| SANTOS LOPEZ, | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE, Defendant, SANTOS LOPEZ, intends to change his plea on November 13, 2017 at 9:00am. There is no plea agreement in this case.

Respectfully submitted,

DATED: October 17, 2017

/s/ Summer McKeivier
Summer McKeivier

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2017
a true and correct copy of the foregoing was
served electronically on the following:

Assistant United States Attorney
Kelly Cavanaugh

Kelly.Cavanaugh@usdoj.gov

s/ Summer McKeivier
Summer McKeivier